IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ZINSKY and SCOTT CASE, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MEDLINE INDUSTRIES, INC., <br><br> Defendant. | CASE NO. 1:21-CV-04932 <br><br> Magistrate Judge Beth Jantz |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS; DESIGNATION OF CLASS REPRESENTATIVES AND APPOINTMENT OF PLAINTIFFS' COUNSEL; AND APPROVAL OF THE FORM AND MANNER OF CLASS SETTLEMENT NOTICE**

Pursuant to 29 U.S.C. § 216(b) and Federal Rule of Civil Procedure 23, Plaintiffs ask the Court to enter an order:

1. Preliminarily approving the class-wide Settlement Agreement negotiated by Plaintiffs and Defendant Medline Industries, Inc. ("Defendant");

2. Conditionally certifying the proposed class for settlement purposes only;

3. Designating Michael Zinsky and Scott Case as Class Representatives and their attorneys as Class Counsel;

4. Approving the form and manner of class notice; and

5. Setting a date for a final fairness hearing.

6. A draft order is attached to the memorandum of law filed in support of this motion.

WHEREFORE, Plaintiffs request entry of the attached draft order or a similar order.

Respectfully submitted,

/s/   Christopher J. Wilmes

Christopher J. Wilmes
Tory Tilton
Hughes Socol Piers Resnick & Dym
70 W. Madison St. Suite 4000
Chicago, IL 60602
(312) 604-2636

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2022, I electronically filed the attached Plaintiffs' Uncontested Motion for Preliminary Approval of a Class and Collective Action Settlement; Conditional Certification of Settlement Class; Designation of Class Representatives and Appointment of Plaintiffs' Counsel; and Approval of the Form and Manner of Class Settlement Notice, the memorandum in support of same and all exhibits with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

      David L. Christlieb
      Scott Mainquist
      Littler Mendelson, P.C.
      321 N. Clark St., Suite 1100
      Chicago, IL 60654
      DChristlieb@littler.com
      SMainquist@littler.com

      Respectfully submitted,

      /s/ Christopher J. Wilmes
      One of the Attorneys for Plaintiffs