IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ZINSKY and SCOTT CASE, | ) ) ) |
| Plaintiffs, | ) ) CASE NO. 21-CV-4932 |
| v. | ) ) ) |
| MEDLINE INDUSTRIES, INC. | ) ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND <u>AWARD OF ATTORNEYS' FEES</u>**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on August 1, 2022. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees. A draft order is attached as Exhibit 4 to that Memorandum.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 4 to Plaintiffs' Memorandum in Support of Their Motion For Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

DATED: October 31, 2022

                                            Respectfully submitted,

                                            /s/Christopher J. Wilmes
                                            One of the Attorneys for the Plaintiffs

Christopher J. Wilmes
Tory Tilton
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-604-2636