# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL ZINSKY and** | ) | |
| **SCOTT CASE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CASE NO. 21-CV-4932** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MEDLINE INDUSTRIES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF CHRISTOPHER J. WILMES IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Christopher J. Wilmes, declare as follows:

1.      I am one of the attorneys for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2.      I am providing this declaration of counsel in support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement reached in this action by Plaintiffs and Defendant Medline Industries, Inc.

3.      In March 2022, Defendants provided Class Counsel with payroll data for all Class Members who worked in Defendant's Dynacor facility in Mundelein, Illinois between September 16, 2018 and March 1, 2020 and who received a "Bonus" or "Warehouse Bonus" payment in at least one workweek for which they worked over 40 hours

4.      Plaintiffs' Counsel have examined the data and calculated damages for all class members.

5.      Plaintiffs have calculated that Class Members were underpaid approximately $40,000.00 for the time period September 16, 2018 through March 1, 2020, plus potential

monthly penalties and treble damages that Plaintiffs and Class Members are eligible to recover under the Illinois Minimum Wage Law.

6.     In my professional opinion, the parties' proposed Settlement Agreement achieves a more than favorable result for the Class Members under the circumstances. Each participating Class Member will receive approximately 200% of their out-of-pocket losses.

7.     The settlement in this matter was reached in good faith after arm's-length negotiations.

8.     The executed retainer agreements between Hughes Socol Piers Resnick & Dym, Ltd. and the Class Representatives in this case entitles the firm to the greater of the firm's lodestar or at least 33% of any recovery.

9.     Since 2005, when I was admitted as a member of the bar of the Illinois Supreme Court, I have acted as lead or co-counsel in at least two dozen class or collective action lawsuits brought under Rule 23 of the Federal Rules of Civil Procedure or 29 U.S.C. § 216.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge, information and belief. 28 U.S.C. § 1746.

Executed this 31st of October, 2022.

                                           /s/ Christopher J. Wilmes
                                         Christopher J. Wilmes
                                         Hughes Socol Piers Resnick & Dym, Ltd.
                                         70 W. Madison St. Suite 4000
                                         Chicago, IL 60602
                                         312-580-0100