**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Michael Zinsky, et al.
                    Plaintiff,

v.                                      Case No.: 1:21−cv−04932
                                        Honorable Beth W. Jantz

Medline Industries, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 6, 2022:

    MINUTE entry before the Honorable Beth W. Jantz: Final settlement approval hearing held on 12/1/22. No objectors appear at or call in for the hearing. For the reasons stated on the record, the Court grants plaintiffs' motion for final class and collective action settlement approval, authorization to distribute settlement funds, and an award of attorneys' fees and class representative payments [44]. Enter written approval order. The parties are to file all written consents to opt−in to a collective action pursuant to 29 U.S.C. § 216(b) by 4/3/2023. This case is dismissed with prejudice. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.